BEFORE THE SECOND DIVISION, AUGUST 25, 1939

No. 41991.—Protest 645709-G of Salem Shawiry (New York).

Opinion by TILSON, J. It was stipulated that the laces in question are similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41992.—Protest 219939-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Amrein* v. *United States* (T. D. 49551), *United States* v. *Smith* (12 Ct. Cust. Appls, 384, T. D. 40544), and *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) Normandy laces, embroidered articles, and embroidered galloons in part of net were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41993.—Protest 105406-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) Normandy laces, embroidered cotton curtains, and embroidered silk veilings were held dutiable at 75 percent under paragraph 1430. Merchandise in chief value of cellulose filaments similar to those the subject of Abstract 38230 was held dutiable at 60 percent under paragraph 31.

No. 41994.—Protest 104403-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. On the record presented Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) and embroidered dresses like those the subject of *United States* v. *Smith* (12 Ct. Cust. Appls, 834, T. D. 40544) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41995.—Protest 51407-G of Fred'k Loeser & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was sustained as to these articles. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.